# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**Kennedy J. Hyde,**
                      **Appellant,**

   **-v-**                                                        6:11-CV-709 (NAM)
**TRACY HOPE DAVIS,**
**Office of United States Trustee ,**                Bk. Adv. Pro. No. 11-80008-6
                                                                     Ch. 7 Bkr. Case No. 08-62435

                      **Respondent.**

_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Trustee's motion to dismiss the appeal is GRANTED and the appeal of Kennedy J. Hyde is DISMISSED.

All of the above pursuant to the Memorandum Decision and Order of the Honorable Chief United States District Judge Norman A. Mordue, dated the 28th day of November, 2011.

DATED: November 28, 2011

*[signature]*
Clerk of Court

s/ Melissa Ennis
_____

Melissa Ennis, Deputy Clerk